JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SETH HERNANDEZ, | No. CV 15-05351-RSWL (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| D. PARAMO, | |
| Respondent. | |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS ADJUDGED that this action is dismissed without prejudice.

Dated: April 11, 2016

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge